**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :    No. 265 MAL 2019

          Respondent                :

                                        :    Petition for Allowance of Appeal from

                v.                    :    the Order of the Superior Court

                                        :

THOMAS MICHAEL LISOWSKI,         :

           Petitioner               :

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 24th day of September, 2019, the Petition for Allowance of Appeal is **DENIED**.